The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

RICKEY PERALEZ, on behalf of himself and others similarly situated,

    Plaintiff,

v.

THE WASHINGTON DEPARTMENT OF CORRECTIONS, HAROLD CLARKE, DOUGLAS WADDINGTON, BELINDA STEWART, KEVIN SHANAHAN, JEAN STEWART, and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,

    Defendants.

NO. C06-5625 JKA

STIPULATED MOTION AND ORDER TO EXTEND CLASS CERTIFICATION MOTION DEADLINE

## STIPULATION

The parties, by and through their counsel, hereby submit this stipulation for a 30 day extension of the deadline by which plaintiff must move for class certification. Under CR 23(f)(3), the

STIPULATED MOTION AND ORDER - 1

**BUDGE & HEIPT, P.L.L.C.**
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

current deadline is April 24, 2007. For the reasons set forth below, the parties request that this deadline be moved to May 24, 2007.

Under the Court's November 16, 2006 Minute Order, the deadline for holding the FRCP 26(f) conference was February 23, 2007. The parties participated in the Rule 26(f) conference on February 20, 2007. Thereafter, plaintiff sent discovery requests to defendants, which the defendants received on March 7, 2007. The majority of plaintiff's outstanding discovery requests relate to facts that will aid the Court in determining the issue of class certification. Due to the nature of the plaintiff's outstanding requests—and difficulties associated with the DOC's current computer tracking system—defense counsel has indicated that it may take longer than 30 days to respond to the requests. Plaintiff's counsel does not object to giving the defendants additional time to complete their discovery responses. However, plaintiff's counsel is concerned that such an extension will not leave an adequate amount of time to prepare plaintiff's motion for class certification.

The parties have conferred on this issue and believe that a 30-day extension of the current class certification deadline will give the defense enough time to prepare its discovery responses and will give plaintiff's counsel a correspondingly sufficient amount of time to file plaintiff's motion for class certification.

DATED this 22nd day of March 2007.

                    ___/S/_____
                    Erik J. Heipt, WSBA # 28113
                    Of Budge & Heipt, P.L.L.C.
                    Attorneys for Plaintiff

                    ___/S/_____
                    Mark C. Jobson, WSBA No. 22171
                    Assistant Attorney General
                    Attorney for Defendants

STIPULATED MOTION AND
ORDER - 2

**BUDGE & HEIPT, P.L.L.C.**
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

## **ORDER**

This matter has come before the Court on the foregoing stipulation of counsel. Having reviewed the foregoing stipulation, the Court hereby orders that the current deadline for filing the motion for class certification be extended by 30 days, from April 24, 2007 to May 24, 2007.

DATED this 23rd day of March, 2007.

                     /s/ *J. Kelley Arnold*
                     The Honorable J. Kelley Arnold

Presented by:

/S/
Erik J. Heipt, WSBA # 28113
Attorneys for Plaintiff

/S/
Mark C. Jobson, WSBA No. 22171
Attorney for Defendants

STIPULATED MOTION AND ORDER - 3

**BUDGE & HEIPT, P.L.L.C.**
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)