|   |   |
|---|---|
| 1 | The Honorable J. Kelly Arnold |

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

RICKEY PERALEZ, on behalf of himself and others similarly situated,

      Plaintiff,

v.

THE WASHINGTON DEPARTMENT OF CORRECTIONS, HAROLD CLARKE, DOUGLAS WADDINGTON, BELINDA STEWART, KEVIN SHANAHAN, JEAN STEWART, and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,

      Defendants.

NO. C06-5625 JKA

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY

This matter came before the Court on Plaintiff's Motion to Compel Responses to Written Discovery. The Court has considered the motion and the written materials filed in support thereof and in opposition thereto (and has heard oral arguments from both parties) and hereby orders that the motion is GRANTED as provided below.

ORDER - 1

**BUDGE & HEIPT, P.L.L.C.**
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

By August 22, 2007, the Washington Department of Corrections ("DOC") shall respond to Plaintiff's First Set of Interrogatories and Requests for Production, by copying and providing to plaintiff's counsel, the following:

1. The legal face sheets for the approximately 2113 inmates identified in Defendants' 4th Supplemental Responses to Request for Production No. 7 (DOC Nos. 03080001-03080040);

2. The work release screening denials for the same inmates described above; and

3. The contact information (including the last known address and phone numbers) for the approximately 732 inmates identified as having "no stairs" limitations, identified in Defendants' 4th Supplemental Response to Interrogatory No. 8 (DOC Nos. 03100001-03100015.

This Order does not limit the plaintiff's ability to seek follow up discovery, in the event it is needed to further identify potential class members.

Dated this 20th day of August, 2007.

/s/ J. Kelley Arnold_____
The Honorable J. Kelly Arnold
United States Magistrate Judge

Presented by:

___/S/_____
Erik J. Heipt, WSBA # 28113
Edwin S. Budge, WSBA # 24182
Of Budge & Heipt, PLLC
Attorneys for Plaintiff

ORDER - 2