The Honorable J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS; HAROLD CLARKE; DOUGLAS WADDINGTON; BELINDA STEWART; KEVIN SHANAHAN; JEAN STEWART; and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>    Defendants. | NO.  C06-5625 JKA<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

      The Court, having reviewed Defendants' Motion to Modify Order Granting Plaintiff's Motion for Certification filed herein, as well as Plaintiff's response, and being fully advised in the premises, does hereby find and ORDER;

ORDER GRANTING DEFENDANTS'
MOTION TO MODIFY
ORDER GRANTING PLAINTIFF'S
MOTION FOR CERTIFICATION

1

1   Defendants' Motion To Modify Order Granting Plaintiff's Motion For Class Certification

2   is hereby GRANTED, to the extent that the modification does not reflect substantive change in

3   the court's original order.

4   DATED this 30th day of August, 2007.

5

6   /s/ J. Kelley Arnold
    THE HONORABLE J. KELLEY ARNOLD
    United States Magistrate Judge

7

    Presented by:

8

    ROBERT M. MCKENNA
9   Attorney General

10

11  /s/Mark C. Jobson
    MARK C. JOBSON, WSBA No. 22171
12  Assistant Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS'            2
MOTION TO MODIFY
ORDER GRANTING PLAINTIFF'S
MOTION FOR CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS'            3
MOTION TO MODIFY
ORDER GRANTING PLAINTIFF'S
MOTION FOR CERTIFICATION