UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE WASHINGTON DEPARTMENT OF CORRECTIONS, HAROLD CLARKE, DOUGLAS WADDINGTON, BELINDA STEWART, KEVIN SHANAHAN, JEAN STEWART, and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>    Defendants. | Case No. C06-5625JKA<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs (Doc. 61). The Court has considered the motion in light of the parties' settlement agreement (Doc. 59) which provides for an award of attorneys' fees and costs to Class Counsel. The Court has further considered the materials filed in support of the motion and Defendants' response. Defendant does not object or oppose the motion (Doc. 65).

Accordingly, the Court finds that the amount of attorneys' fees requested by class counsel are reasonable and appropriately substantiated, and therefore the Court hereby awards attorneys' fees in the amount of $327,010.70. The Court further finds that the amount of costs requested by class counsel are

ORDER
Page - 1

1  reasonable and appropriately substantiated, and therefore the Court hereby awards costs in the amount of
2  $5,590.05. The total amount of attorneys' fees and costs awarded to class counsel is $332,600.75.
3        Dated this 21st day of May, 2008.

                                             */s/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge