# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKEY PERALEZ

      v.

WASHINGTON DEPARTMENT
OF CORRECTIONS, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5625JKA

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Court finds that the amount of attorneys' fees requested by class counsel are reasonable and appropriately substantiated, and therefore the Court hereby awards attorneys' fee in the amount of $327,010.70. The Court further finds that the amount of costs requested by class counsel are reasonable and appropriately substantiated, and therefore the Court hereby awards costs in the amount of $5,590.05. The total amount of attorneys' fees and costs awarded to class counsel is $332,600.75.

    May 21,2008                        BRUCE RIFKIN
                                               Clerk

                                             s/ D. Forbes
                                             By, Deputy Clerk