The Honorable J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS; HAROLD CLARKE; DOUGLAS WADDINGTON; BELINDA STEWART; KEVIN SHANAHAN; JEAN STEWART; and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>　　Defendants. | NO. C06-5625 JKA<br><br>STIPULATION AND ORDER REGARDING APPROVAL OF CLASS ACTION NOTICE AND CLAIM FORM |

**STIPULATION**

Pursuant to the Settlement in this matter, the parties hereby stipulate to the form of notice and claim form attached hereto as Exhibit A and request that the Court enter the subjoined order

STIPULATION AND ORDER -- NO. C06-5625JKA

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

approving the same.

DATED this <u>6th</u> day of June, 2008.

ROBERT M. MCKENNA
Attorney General


/s/Mark C. Jobson
MARK C. JOBSON, WSBA No. 22171
Assistant Attorney General
Attorneys for Defendants

/s/Mark C. Jobson for
EDWIN S. BUDGE, WSBA No. 24182
ERIK J. HEIPT, WSBA No. 28113
Of Budge & Heipt, PLLC
Attorneys for Plaintiff and the Class

## ORDER

The Court has reviewed the foregoing stipulation and, based on that stipulation, hereby orders that the proposed Notice and Claim Form meets the requirements and are hereby approved by the Court.

DATED this 11th day of June, 2008.

<i>/s/ J. Kelley Arnold</i><br>
The Honorable J. Kelley Arnold<br>
United States Magistrate Judge

STIPULATION AND ORDER
-- NO.  C06-5625JKA

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300