The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>　Plaintiff,<br><br>v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS; HAROLD CLARKE; DOUGLAS WADDINGTON; BELINDA STEWART; KEVIN SHANAHAN; JEAN STEWART; and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>　Defendants. | NO. C06-5625 JKA<br><br>STIPULATION AND ORDER REGARDING AMENDMENT OF SETTLEMENT:<br>TIMING OF PAYMENT TO CLASS MEMBERS |

## STIPULATION

Pursuant to the Settlement in this matter, the parties hereby stipulate to a change in the settlement agreement and request that the Court enter the subjoined order approving the same. At the present time the Settlement Agreement (preliminarily approved by the Court on May 12,

STIPULATION AND ORDER -- NO. C06-5625

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

2008) states at p. 8, line 21: "Payments to the individual members of the Settlement Class who deliver a verified, signed claim form shall be made not more than thirty calendar days following return of a claim form." The parties stipulate that this sentence should be replaced by the following sentence: "Payments to the individual members of the Settlement Class who deliver a verified, signed claim form shall be made not more than thirty days *after final approval of the Settlement Agreement (now scheduled for presentation and hearing on August 5, 2008)*."

DATED this 6th day of June, 2008.

ROBERT M. MCKENNA
Attorney General

/s/Mark C. Jobson
MARK C. JOBSON, WSBA No. 22171
Assistant Attorney General
Attorneys for Defendants

/s/Mark C. Jobson for
EDWIN S. BUDGE, WSBA No. 24182
ERIK J. HEIPT, WSBA No. 28113
Of Budge & Heipt, PLLC
Attorneys for Plaintiff and the Class

## ORDER

The Court has reviewed the foregoing stipulation and, based on that stipulation, hereby orders that the Settlement is amended to reflect this change and approved by the Court.

DATED this 20th day of June, 2008.

*/s/ J. Kelley Arnold*
The Honorable J. Kelley Arnold
United States Magistrate Judge

STIPULATION AND ORDER
-- NO. C06-5625

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300