FILED ____ LODGED
____ RECEIVED

AUG 05 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY

The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON DEPARTMENT OF CORRECTIONS, HAROLD CLARKE, DOUGLAS WADDINGTON, BELINDA STEWART, KEVIN SHANAHAN, JEAN STEWART, and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>Defendants. | NO. C06-5625 JKA<br><br>STIPULATION AND ORDER GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On May 12, 2008, the parties appeared before the Court to request preliminary approval of a proposed settlement agreement in this matter (hereinafter the

STIPULATION AND ORDER - 1

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

"Settlement"). Following the hearing, the Court preliminarily approved the Settlement as requested, and the preliminarily-approved settlement was entered as Docket No. 59.

2. According to the Settlement, the parties were required to comply with various procedures relating to notification of class members and determination of attorneys' fees and costs to class counsel and then return to the Court to request final approval of the Settlement.

3. Pursuant to the terms of the Settlement, class counsel duly filed a motion for attorneys' fees and costs. On or about May 21, 2008, the Court entered an order and judgment granting attorneys' fees and costs to class counsel [Dkts. 66, 67].

4. Thereafter, the parties sought and obtained court approval for the form of notice to be sent to class members, pursuant to the terms of the Settlement [Dkt. 69].

5. Following court approval of the form of notice, counsel for defendants mailed and published the notice forms in the manner required by the terms of the Settlement. The notice forms duly advised class members of their right to file objections to the terms of the Settlement and further advised class members that the Court would hold a Final Approval Hearing on August 5, 2008 at 9:30 a.m. at the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington in Courtroom D at which it would consider any objections and determine whether to give final approval to the Settlement.

6. Pursuant to the terms of the Settlement and the court-approved form of notice, the time for filing objections has now expired, and no class member has filed an objection or otherwise indicated an objection to the Settlement.

STIPULATION AND ORDER - 2

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

7. The parties believe that the Settlement entered at Dkt. 59 should be finally approved and request that, at the hearing on August 5, 2008 at 9:30 a.m., the Court enter the subjoined order granting final approval to the Settlement. The parties further stipulate that this action may be dismissed with prejudice, but that the Court should retain jurisdiction to monitor and, if necessary, enforce the Settlement in a manner consistent with its terms.

Dated this 30th day of July, 2008.

_____/S_____
Erik J. Heipt, WSBA # 28113
Edwin S. Budge, WSBA # 24182
Of Budge & Heipt, PLLC
Class Counsel

_____/S/_____
Mark C. Jobson, WSBA # 22171
Assistant Attorney General
Defense Counsel

ORDER

This matter came before the Court at a duly scheduled hearing in open court on August 5, 2008 at 9:30 a.m. The purpose of the hearing was to determine whether to grant final approval to the Settlement Agreement that was preliminarily approved by this Court on May 12, 2008 [Dkt. 59]. Class Counsel and defense counsel appeared at the hearing and presented the foregoing stipulation.

Having considered the foregoing stipulation, and deeming itself duly advised, the Court hereby finds that the procedures relating to notice, as approved by the Court, appear to have been

STIPULATION AND ORDER - 3

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)

followed, that no objections have been received to the Settlement and that the Settlement appears to be fair, reasonable and adequate. Accordingly, the Court hereby orders as follows:

1. The May 12, 2008 Settlement Agreement [Dkt. 59] is hereby finally approved;

2. This action is hereby dismissed with prejudice; and

3. The Court shall retain jurisdiction to monitor and, if necessary, enforce the Settlement in a manner consistent with its terms.

DATED this 5th day of August, 2008.

_____
The Honorable J. Kelley Arnold
United States Magistrate Judge

STIPULATION AND ORDER - 4

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 623-7323 (fax)