# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICKEY PERRALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | **Case No.** C06-5625 JKA<br><br>**Minute Order**<br>**Re: Motion to Enforce Settlement** |

Pending before this court is a motion filed by Roger M. Hotrum to enforce Settlement Agreement (Dkt# 78). The State Attorney General has filed a response (Dkt#79). The response raises the issue of standing only. The court requests the following no later than **October 13th, 2008:**

(1) further response from the Attorney General detailing to what extent, if any, the court was advised of Mr. Hotrum's declaration (Dkt#73) at the August 5 hearing; and

(2) response from counsel for the class. Specifically, the court is interested in knowing what class counsel communicated to the moving party.

The Motion to Enforce Settlement Agreement is renoted for **October 17, 2008.**

Entered by Deputy Clerk, /s/*Kelly Miller*, this 12nd day of October 2008.

ORDER
Page - 1