The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS; HAROLD CLARKE; DOUGLAS WADDINGTON; BELINDA STEWART; KEVIN SHANAHAN; JEAN STEWART; and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>    Defendants. | NO. C06-5625 JKA<br><br>DEFENDANTS' FINAL REPORT TO THE COURT |

Please take notice that the defendant Washington Department of Corrections has complied with all the requirements of the Settlement Agreement (Dkt 59) as enumerated in the

NOTICE OF UNAVAILABILITY -- NO.
C06-5625

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

attached Declaration of Holly Delcambre and spreadsheet (Exhibit 1). Defendants request an Order closing the file.

DATED this 11th day of March, 2010.

          ROB MCKENNA
          Attorney General


          /s/Mark C. Jobson
          MARK C. JOBSON, WSBA No. 22171
          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs:**

**Edwin S. Budge**
**Erik J. Heipt**

          /s/Cynthia A. Meyer
          CYNTHIA A. MEYER, Legal Assistant for
          MARK C. JOBSON, WSBA #22171
          Assistant Attorney General
          Torts Division
          P.O. Box 40126
          Olympia, WA 98504-0126
          (360) 586-6300

NOTICE OF UNAVAILABILITY -- NO. C06-5625   2   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

The Honorable J. Kelly Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICKEY PERALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS; HAROLD CLARKE; DOUGLAS WADDINGTON; BELINDA STEWART; KEVIN SHANAHAN; JEAN STEWART; and JOHN DOES 1-20, employees and officials of the Washington Department of Corrections and/or Stafford Creek Corrections Center,<br><br>Defendants. | NO. C06-5625 JKA<br><br>DECLARATION OF HOLLY DELCAMBRE |

I, Holly Delcambre, being over the age of 18 years and competent to testify, make the following declaration based on personal knowledge:

1. I am the ADA Compliance Manager for the Washington State Department of Corrections.

DECLARATION OF HOLLY
DELCAMBRE -- NO. C06-5625

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

2. I have been responsible for coordinating the Department's use of the unclaimed funds from the Peralez class settlement amount.

3. The unclaimed funds from the case settlement totaled $169,113.86, which was to be used by the Department for existing and future programs, services and activities designed to benefit inmates with significant physical, mental or sensory impairments (Settlement Agreement Dkt 59).

4. All work has been completed and paid for. The Department of Corrections has spent the unclaimed fund balance as required by the settlement agreement in order to improve access to DOC facilities, services and programs for the benefit of inmates with physical, mental or sensory impairments.

5. Exhibit 1 is a true and correct copy of the spreadsheet that shows projects and costs for work performed and equipment purchased to improve access for offenders with disabilities.

6. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 10th day of March, 2010, at ~~Seattle~~ Monroe, Washington.

HOLLY DELCAMBRE

DECLARATION OF HOLLY
DELCAMBRE -- NO. C06-5625

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**Peralez vs State ADA Improvements**

| Item | FR | PO | Vendor | Actual / Projected Expenditures | AFRS Expenditures |
|---|---|---|---|---|---|
| CRCC accessible dining room tables | | | | $ 2,477.32 | |
| PHWR Shower remodel | | 0958813 | Centennial Contractors Ent | 68,505.96 | 68,505.96 |
| ECWR Sidewalk Repair | | 1063122 | Centennial Contractors Ent | 34,563.82 | 34,563.82 |
| BSWR Door Openers/Parking Stall/Lower Fixtures | | | Centennial Contractors Ent | 14,626.67 | 14,626.67 |
| RWR Elevator Key Card | 0948634 | | Kone Inc. | 7,989.12 | 7,989.12 |
| RWR Elevator Key Card | | | Kone Inc. | 1,177.12 | 1,177.12 |
| Evacuation Chairs | 0947305, 0947305, 1063321, 1063322 | | US Bank Purchasing Card | 3,130.00 | 3,130.00 |
| CCTV | 0936020 | | Community Services F/T Blind & | 985.50 | |
| Brailler | 0947774 | 0958541 | Community Services F/T Blind & | 328.50 | 328.50 |
| Headphones | 0947772 | | US Bank Purchasing Card - Am | 106.85 | 106.85 |
| **Law Library Access x 3** | | | | | |
| Zoom Text / JAWS / Kerzweil | 0950769 | 0961319 | Community Services F/T Blind & | 8,739.68 | 8,739.68 |
| PC | 0950781 | 0961323 | Dell | 3,387.00 | 3,387.00 |
| Printer | 0950774 | | Software House Int'l | 532.82 | 532.82 |
| Scanner | 0950773 | 0961349 | Software House Int'l | 828.84 | 828.84 |
| Office -2007 | 0950775 | 0961321 | DIS | 797.99 | 797.99 |
| **Hard of Hearing Access** | | | | | |
| Pocket talker | 0950789 | | US Bank Purchasing Card | 1,110.98 | 1,110.98 |
| MSRP FM System | 0950789 | | Hearing Speech & Deafness Ctr | 0.00 | 0.00 |
| Bariactric Transfer Benches -WCCW, WSP, WCC, AHCC | 0953331 | 1063312 | Ebay | 875.70 | 875.70 |
| Hand Held Shower system - WCC | 0953321 | 1063318 | Plumber Surplus | 359.47 | 359.47 |
| Grab Bars/Wheelchair access/WCC | 0953321 | 1063319 | Grab Bars Direct | 1,592.09 | 1,592.09 |
| Accessible Shower Heads SOU | 0954396 | 1063320 | Grainger On Line | 68.91 | 68.91 |
| Pulls - Shower Access E unit SOU | 0954397 | 1063461 | Western Detention | 450.58 | 450.58 |
| Shower Grab Bar Wall to floor - WCC | 1054162 | 1063684 | Accessible Enviornments.Net | 510.00 | 510.00 |
| Wheelchairs - 5 MCC, 5 CRCC | 1055450 | 1063786, 1063791 | 1800wheelcahir.com | 2,069.10 | 2,069.10 |
| ADA Code Tape | 1055449 | 1064027 | EF Bailey | 830.40 | |
| CCTVs/Library (visually impaired) / Braille Labelers / Braille Labeling Tape | 1054154 | 1064180 | Community Services F/T Blind | 1,690.31 | 1,690.31 |
| Superprint TTY | 1054160 | 3410 | HSDC - Visa | 2,178.60 | 2,178.60 |
| Wheelchair WCCW | 1055450 | 1063786 | 1800wheelcahir.com | 209.00 | 209.00 |
| | | | **P300 Total** | **160,122.33** | **155,829.11** |
| **P200 Coding - AI 256** | | | | | |
| Bariactric Wheelchair | 1055039 | 1063722 | Spinlife.com | 899.00 | 899.00 |
| Bariactric Wheelchair | 1055039 | 1063728 | Spinlife.com | 1,798.00 | 1,798.00 |
| Matting for Accessible showers SOU | 1054400 | 1064268 | Mcmaster-Carr | 1,228.92 | 1,228.92 |
| Matting for Accessible showers SOU | 1054400 | 1064282 | Mcmaster-Carr | 558.60 | 558.60 |
| WC Cushion, Beasy Board, Transfer Chair MCC | 1055032 | 1063769 | Allegro Medical | 1,109.15 | 1,109.15 |
| Shower Chairs | 1054161 | 1063177 | Free Ship Medical | 3,398.00 | 3,398.00 |
| | | | **P200 Total** | **8,991.67** | **8,991.67** |
| **Total** | | | | | **164,820.78** |
| | | | Total Peralez vs State Funding | 169,114.00 | |
| | | | Difference To Spend | 0.00 | |